UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S. SECURITIES AND EXCHANGE COMMISSION,

            **Plaintiff,**

v.

NIEL MARTIN NIELSON,

            **Defendant.**

Civil Action No. 18-1217-EGS

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT
<u>AGAINST NEIL MARTIN NIELSON</u>**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and for the reasons set forth in the attached Memorandum of Points and Authorities in Support, and the accompanying Declaration of Virginia M. Rosado Desilets dated February 25, 2019 ("Rosado Dec.") and its exhibits, the SEC respectfully moves the Court to enter final judgment by default against Nielson, granting the SEC injunctive and monetary relief on the claims against Nielson in the SEC's Complaint,.

Through this motion, the Commission seeks entry of an order that:

(i)     permanently enjoins Nielson from violating, directly or indirectly, Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)] and Sections 10(b), 13(b)(5), and 16(a) [15 U.S.C. §§ 78j(b), 78m(b)(5), and 78p(a)] of the Securities Exchange Act of 1934 ("Exchange Act") and Rules 10b-5, 13a-14, 13b2-1, 13b2-2, and 16a-3 thereunder [17 C.F.R. §§ 240.10b-5, 240.13a-14, 240.13b-1, 240.13b2-2, and 240.16a-3]; and from aiding and abetting violations by others of Exchange Act Sections 13(a) and 13(b)(2)(A) [15 U.S.C. §§ 78m(a) and 78m(b)(2)(A)] and Rules 12b-20, 13a-1, 13a-11, and 13a-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.13a-1, 240.13a-11, and 240.13a-13];

(ii) directs Nielson to disgorge $170,630, plus prejudgment interest of $32,516, for a total of $203,146;

(iii) directs Nielson pay civil monetary penalties pursuant to Securities Act Section 20(d) and Exchange Act Section 21(d)(e) [15 U.S.C. §§ 77t(d), 78u(d)(3)];

(iv) permanently bars Nielson from acting as an officer or director of any registered or reporting issuer Pursuant to Securities Act Section 20(b) and Exchange Act Section 21(d)(2) [15 U.S.C. §§ 77t(b), 78u(d)(2)].

(v) permanently prohibits Nielson from participating in an offering of penny stock pursuant to Securities Act Section 20(b) and Exchange Act Section 21(d)(6)(A) [15 U.S.C. §§ 77t(b) and 78u(d)(6)(A)]; and

(vi) permanently enjoins Nielson from directly or indirectly accepting compensation for consulting for or advising any issuer of any penny stock.

For the Court's convenience, the SEC is filing contemporaneously with this motion a proposed final judgment by default against Nielson.

Dated: Washington, D.C.
February 25, 2019

Respectfully submitted,

 *S/ Suzanne J. Romajas*
Suzanne J. Romajas
Virginia M. Rosado Desilets (DC Bar No. 482928)
Sonia G. Torrico
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549-5971
Direct: 202-551-4473 (Romajas)
Email: RomajasS@sec.gov

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on February 25, 2019, I caused to be served on Defendant Nielson Martin Nielson the foregoing Plaintiff SEC's Motion for Entry of Final Judgment by Default, the Memorandum of Points and Authorities in Support Thereof, the accompanying Declaration of Virginia M. Rosado Desilets dated February 25, 2019 ("Rosado Dec.") and its exhibits, and the proposed Final Judgment, by international express mail, as follows:

> Niel Martin Nielson
> Flat 326
> Baltic Quay
> 1 Sweden Gate
> LONDON
> SE16 7TJ
> UNITED KINGDOM

In addition, I caused a courtesy copy to be sent to Mr. Nielson by email at martinnielson@gmail.com.

*/s/ Suzanne J. Romajas*
_____
Suzanne J. Romajas, Esq.